SCHOOL COMMITTEE OF LOWELL *vs.* LABOR RELATIONS COMMISSION; UNITED TEACHERS OF LOWELL, LOCAL 495, MFT, AFT, AFL-CIO, intervener (and a companion case[1]). No. 97-P-2154. March 26, 1999. *Education Reform Act. School and School Committee,* Collective bargaining. *Public Employment,* Collective bargaining. *Labor,* Collective bargaining, Public employment.

We affirm the decisions of the Labor Relations Commission on the authority of *School Comm. of Lowell* v. *Local 159, Serv. Employees Intl. Union,* 42 Mass. App. Ct. 690, 693 (1997). As more fully explicated in that decision, the Education Reform Act of 1993, St. 1993, c. 71, did not abrogate collective bargaining agreements with school committees insofar as the agreements concerned terms and conditions of employment or procedures for making appointments, as opposed to decisions about hiring or firing designated categories of school employees (in these cases, club coaches, club advisors, and athletic coaches).

*Decisions of Labor Relations Commission affirmed.*

The cases were submitted on briefs.

*Daniel R. Wojcik* for the plaintiff.

*John B. Cochran* for the defendant.

*Joseph R. Lettiere* for the intervener.